JOHN T. CONNELL, Respondent, v. EQUITABLE MOTOR TRUCK COMPANY, INC., and EMIL LEINDORF, Appellants, and Another, Defendant.—Motion denied on condition that appellants perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ROBERT J. CULHANE, Appellant, v. KATE L. WILD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

NORA BLATCH DE FOREST, Respondent, v. LEE DE FOREST, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

J. HENRY DICK and J. ADOLPH MOLLENHAUER, as Executors, etc., of WILLIAM DICK, Deceased, Appellants, v. ROBERT CHAPMAN and ROBERT CHAPMAN COMPANY, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

EDWARD A. FARRELL, Respondent, v. NATIONAL CIVIL SERVICE ENDOWMENT ASSOCIATION, Appellant.— Motion denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

THE GERBEREUX COMPANY, Respondent, v. JAMES J. JOYCE, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.